UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANJOSE DIVISION

In Re:                          Case #16-51487
**Debtor:** Loan Nguyen         Chapter 13

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 1650 Ledder Circle San Jose, CA 95131*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [   ] The Debtor:
2. [   ] The Debtor's Attorney:
3. [   ] The Lender's Representative:
4. [   ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [ x ] Other: Through no fault of counsel, neither a conciliation call nor mediation was held. The debtor decided to proceed with a short sale of the subject property.

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 12.08.16            Signature of Mediator: _____ //s// Eric Phillips Sr
                                   Printed Name: Eric Phillips Sr
                                   Address: 2950 Buskirk Ave Ste 300 Walnut Creek, CA 94597
Copies To:                     Phone: (925) 407-2080
[All Parties to Mediation]    Email: eric@phillipsmediationgroup.com